**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurt Adam Oldenburg,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>　　　　Defendant/Movant. | CIV 10-00874-PHX-PGR (MEA)<br><br><br>**ORDER** |

　　　　Currently before the Court is the Report and Recommendation (Doc. 28) of Magistrate Judge Aspey.  Plaintiff seeks leave to file a Fourth Amended Complaint in order to add five additional claims and to add defendants.

　　　　The Court agrees with Magistrate Judge Aspey that permitting a Fourth Amended Complaint amendment at this stage to, *inter alia*, litigate events that transpired subsequent to the filing of the served complaint and add defendants may result in prejudice and would wholly complicate the efficient litigation of the previously screened events against the named Defendants.

　　　　Therefore, having reviewed *de novo* the Report and Recommendation and no party having filed any objection thereto,

　　　　IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 28)** is **ACCEPTED** and **ADOPTED** by the Court.

1 | IT IS FURTHER ORDERED **DENYING** the Motion for Leave to File and Amended Complaint (Doc. 26).

IT IS FURTHER ORDERED **DENYING** a Certificate of Appealability because Plaintiff has failed to make a substantial showing of the denial of a constitutional right.

DATED this 5th day of January, 2011.

```
                            Paul G. Rosenblatt
                            United States District Judge
```